# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

133797

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DILLON MICHAEL JOHNSON, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                        SC: 133797
                                        COA: 271915
                                        Oakland CC
                                        Family Division: 05-712709-NA

ANGELA JACQUES,
      Respondent-Appellant.
_____/

      On order of the Court, the application for leave to appeal the April 17, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

s0530

_____
Clerk